UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 03-5818 (RHK/JJG)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | **ORDER** |
| ) | |
| REAL PROPERTY LOCATED AT 392 ) | |
| LEXINGTON PARKWAY SOUTH, ) | |
| ) | |
| DEFENDANT. ) | |

The above-entitled matter came before the Court for approval of the Stipulation For Entry of Judgment And For Interlocutory Sale Of The Defendant Real Property. Based upon the stipulation of the parties that the defendant real property should be sold and resolving all issues left unresolved by the Memorandum Opinion And Order filed in this action on September 7, 2005 (Document No. 120), and based on all the files and records in this action;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the Stipulation For Entry of Judgment And For Interlocutory Sale Of Defendant Real Property is hereby approved.

2. the defendant real property may be sold in accordance with the Stipulation For Entry of Judgment And For Interlocutory

Sale Of Defendant Real Property.  The net proceeds shall constitute the substitute *res* for the defendant real property in this action, and shall be remitted to the U.S. Marshal to be held in escrow pending the expiration of the time to appeal this action, the resolution of this case on appeal, further order of this court, or subsequent agreement of the parties.

3. This court shall retain jurisdiction to resolve any issues that may arise with respect to the implementation of the Stipulation For Entry of Judgment And For Interlocutory Sale Of Defendant Real Property.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 3/7/06                s/Richard H. Kyle
                             RICHARD H. KYLE, Judge
                             United States District Court