```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 03-5818 (RHK/JJG)
```

UNITED STATES OF AMERICA,     )
                              )
              PLAINTIFF,      )
                              )
V.                            )        **AMENDED FINAL ORDER**
                              )        **OF FORFEITURE**
REAL PROPERTY LOCATED AT 392  )
LEXINGTON PARKWAY SOUTH,      )
                              )
              DEFENDANT.      )

The above-entitled matter came before the Court pursuant to the Stipulation For Amended Order Of Forfeiture.  Based upon the stipulation of the parties, and based on all the files and records in this action;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the defendant real property is a parcel of property located at 392 Lexington Parkway South, St. Paul, Minnesota, and is legally described as follows:

> the North 50 feet of Lots 12, 13, 14 and 15, Block 19, Ridgewood Park Addition, Ramsey County, Minnesota (Torrens Certificate No. 521412) and Lot 16, Block 19, Ridgewood Park Addition to the City of St. Paul, Ramsey County, Minnesota (Abstract)

2. all right, title and interest in the defendant real property is forfeited to and vested in the United States of America, subject only to the terms and conditions of the

Stipulation For Settlement filed of record in this action (*see* Docket No. 135);

    3.   all terms of the Stipulation For Settlement shall be given force and effect;

    4.   at the closing of the property, Long Beach Mortgage and Mortgage Group III will deliver to the buyer of the property releases of their respective mortgage interest in the property; and

    5.   this Court shall retain jurisdiction to resolve any disputes or issues arising from the implementation of the Stipulation For Settlement.

    LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 9/19/06                      s/Richard H. Kyle
                                    RICHARD H. KYLE, Judge
                                    United States District Court